## Smith *against* Sharp.

A party is not entitled to an execution for costs on a reversal of a judgment rendered against him by the court below. On a simple reversal there is no award of execution except for restitution.

ERROR to *Tioga* county.

Sharp, the defendant in error, obtained a judgment in the common pleas against Smith; upon which Smith took a writ of error and reversed the judgment, and no *venire de novo* was awarded; whereupon he returned the record and issued a *fieri facias* against the plaintiff to recover his costs; which the court below set aside.

*Parsons*, for plaintiff in error, cited 1 *Penns. Prac.* 229; Russell v. Gray, 6 *Serg. & Rawle* 208.

*Williston*, contra, cited 1 *Chit. Pl.* 194; Swearengen v. Pendleton, 4 *Serg. & Rawle* 386; Wright v. Small, 5 *Binn.* 204.

Per Curiam.—Arrest of judgment has not the effect of giving the defendant costs; and it would be curious if he might entitle himself by procuring an equivalent for it in the court above. Such a con-

[Smith v. Sharp.]

sequence would be an irresistible temptation to useless litigation and expense. On a simple reversal there is no award of execution except for purposes of restitution. The parties are left where they began, the case not being provided for by the statute of Gloucester, or any other which gives costs.

Affirmed.